**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOPHIA QUILL,<br><br>              Petitioner,<br><br>        v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>              Respondents. | No.  2:21-CV-1044-DMC-P<br><br><u>ORDER</u> |

Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.  Pending before the Court is Petitioner's petition for a writ of habeas corpus, ECF No. 1.

The Court has examined Petitioner's petition.  It does not plainly appear from the petition and any attached exhibits that Petitioner is not entitled to relief.  Respondents, therefore, will be directed to file a response to Petitioner's petition.

Accordingly, IT IS HEREBY ORDERED that:

1.    Respondent shall file a response to Petitioner's petition within 60 days from the date of service of this order; and

/ / /

/ / /

/ / /

1

2. Petitioner's traverse or reply (if an answer to the petition is filed), if any, or opposition or statement of non-opposition (if a motion in response to the petition is filed) shall be filed and served within 30 days of service of Respondents' response.

Dated:  August 9, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE