IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA QUILL,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Respondents. | No. 2:21-CV-1044-DMC-P<br><br>ORDER |

        Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. Pending before the Court is Petitioner's motion, ECF No. 2, to proceed in forma pauperis. Petitioner's motion is denied as unnecessary because Petitioner has paid the filing fee.

        IT IS SO ORDERED.

Dated: August 25, 2021

                              _____
                              DENNIS M. COTA
                              UNITED STATES MAGISTRATE JUDGE