1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    SOPHIA QUILL,                              No.  2:21-CV-1044-DMC-P

12                    Petitioner,
                                                 ORDER
13            v.

14    STATE OF CALIFORNIA, et al.,

15                    Respondents.

16

17            Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus under 28 U.S.C. § 2241.   Pending before the Court is Petitioner's motion for the

19    appointment of counsel, ECF No. 3.

20            There currently exists no absolute right to appointment of counsel in habeas

21    proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C.

22    § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice

23    so require."  In the present case, Petitioner offers no compelling evidence of the need for

24    appointed counsel, and the Court does not find that the interests of justice would be served by the

25    appointment of counsel at the present time.  While Petitioner states that she is incarcerated,

26    indigent, untrained in the law, and unable to go to the prison law library due to sickness, these

27    circumstances do not warrant the appointment of counsel.  In this regard, the Court notes that

28    Petitioner is articulate and has been able to present her claims cogently.  To the extent

                                                   1

1   Petitioner's circumstances justify additional time to comply with deadlines, the Court will

2   entertain appropriate requests once deadlines have been set.

3          Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for appointment

4   of counsel, ECF No. 3, is denied without prejudice to renewal, at the earliest, after a response to

5   the petition has been filed.

6

7   Dated:  August 27, 2021

8                                  DENNIS M. COTA

9                                  UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28