IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA QUILL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Respondents. | No.  2:21-CV-1044-WBS-DMC-P<br><br>ORDER |

　　　　　Petitioner, a federal prisoner proceeding pro se, brought this petition for a writ of habeas corpus under 28 U.S.C. § 2241.  Final judgment was entered on November 21, 2022, and Petitioner did not appeal.  Pending before the Court in this closed case is Petitioner's motion entitled "Motion to Quash/Recall Warrant."  ECF No. 24.

　　　　　In the motion, Petitioner states that she never received a copy of Respondents' motion to dismiss at ECF No. 16, filed on April 15, 2022, and which the District Judge granted on November 21, 2022.  A review of the docket reflects, however, that the motion to dismiss was served on Petitioner at her address of record at the time.  See ECF No. 16, pg. 4 (proof of service).  Moreover, Petitioner did not file objections to the Court's August 17, 2022, findings and recommendations that Respondents' motion to dismiss be granted.  Nor did Petitioner file any motion for reconsideration or appeal following the District Judge's November 21, 2022, adopting the findings and recommendations, and granting Respondents' motion.  Because Petitioner has

not shown any entitlement to relief, the currently pending motion will be denied.

        Accordingly, IT IS HEREBY ORDERED that Petitioner's motion, ECF No. 24, is DENIED.

Dated: July 11, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE